# UNITED STATES DISTRICT COURT

for the

Middle District of Alabama

| | | |
|---|---|---|
| In the Matter of the Search of | ) | |
| *(Briefly describe the property to be searched* | ) | |
| *or identify the person by name and address)* | ) | Case No. $2:17mj 1095RW$ |
| Information associated with Facebook User IDs listed in | ) | |
| Attachment A that are stored at premises controlled by | ) | |
| Facebook, Inc. | ) | |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ **Middle** _____ District of _____ **Alabama** _____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B

**YOU ARE COMMANDED** to execute this warrant on or before _____ **May 19, 2017** _____ *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.    ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____ Susan R. Walker, U.S. Magistrate Judge _____ .
*(United States Magistrate Judge)*

☑ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*    ☑ until, the facts justifying, the later specific date of _____ 05/05/2018 _____ .

Date and time issued:     May 5, 2017 11:30 am

City and state:     Montgomery, AL

_____
*Judge's signature*

SUSAN R. WALKER, U.S. MAGISTRATE JUDGE
*Printed name and title*

# UNITED STATES DISTRICT COURT

for the

Middle District of Alabama

| | | |
|---|---|---|
| In the Matter of the Search of | ) | |
| *(Briefly describe the property to be searched or identify the person by name and address)* | ) ) | Case No. 2:17mj1095RW |
| Information associated with Facebook User IDs listed in Attachment A that are stored at premises controlled by Facebook, Inc. | ) ) ) | |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A

located in the _____ Middle _____ District of _____ Alabama _____ , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| Title 18 U.S.C. § 1591 | Sex trafficking of children or by force, fraud, or coercion. |

The application is based on these facts:

See Affidavit.

☑ Continued on the attached sheet.

☑ Delayed notice of _365_ days (give exact ending date if more than 30 days: _05/05/2018_ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

David M. Chamberlin, SA, DHS/Homeland Sec. Inv.
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____ 05/05/2017 _____

*Judge's signature*

City and state: Montgomery, AL

Susan R. Walker, U.S. Magistrate Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH FACEBOOK USER IDs ██████████, ████████████████████ THAT IS STORED AT PREMISES CONTROLLED BY FACEBOOK INC. | Case No. 2:17mj 109 SRW <br><br> **Filed Under Seal** |

## AFFIDAVIT IN SUPPORT OF
## AN APPLICATION FOR A SEARCH WARRANT

I, David M. Chamberlin, Special Agent with the Department of Homeland Security,

Homeland Security Investigations, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.      I make this affidavit in support of an application for a search warrant for

information associated with a certain Facebook user ID that is stored at premises owned,

maintained, controlled, or operated by Facebook Inc. ("Facebook"), a social networking

company headquartered in Menlo Park, California. The information to be searched is described

in the following paragraphs and in Attachment A. This affidavit is made in support of an

application for a search warrant under 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A) to

require Facebook to disclose to the government records and other information in its possession,

pertaining to the subscriber or customer associated with the user ID.

2.      I have been employed as a Special Agent (SA) with the Department of Homeland

Security, Homeland Security Investigations (HSI) since October 2009, and I am currently

assigned to the Post of Duty office in Montgomery, Alabama (AL). I currently investigate

federal violations concerning human trafficking, child pornography, and the sexual exploitation

of children. I have gained experience through training in seminars, classes, and daily work related to these types of investigations. I have participated in the execution of numerous warrants involving the search and seizure of computers, computer equipment, software, and electronically stored information.

3.     As a federal agent, I am authorized to investigate violations of the laws of the United States, and I am a law enforcement officer with the authority to execute warrants issued under the authority of the United States.

4.     The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

5.     Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that violations of 18 U.S.C. § 1591 (sex trafficking of children or by force, fraud, or coercion) have been committed by **Joshua David ROSE** and **Michael Graham LOWE**. There is also probable cause to search the information described in Attachment A for evidence of these crimes, as described in Attachment B.

## PROBABLE CAUSE

6.     On July 20, 2016, HSI received information regarding the investigation by the Prattville, Alabama Police Department regarding an individual named **Joshua ROSE** (hereinafter "**ROSE**") for the prostitution of several women, including possible juvenile victims. On June 7, 2016, Investigator Jason Hamm with the Prattville Police Department (PPD) received a phone call from Victim 1. Victim 1, an adult, informed Investigator Hamm that **ROSE** had

2

been forcing her, along with another adult victim (Victim 2), and "four or five" juveniles, including Victim 3, to have sex for money at the Stay Lodge Motel in Montgomery, Alabama.

7. PPD investigators interviewed Victim 1 on June 7, 2016; July 22, 2016; July 28, 2016; and April 19, 2017. Victim 1 stated that **ROSE** forced her to perform sex with men for money. Victim 1 stated that **ROSE** posted an advertisement with her photographs on an online classified advertisement website. Victim 1 stated that **ROSE** would arrange for men to have sex with his victims at, among other places, the Stay Lodge Motel, the Red Roof Inn, and a trailer where **ROSE** lived. Victim 1 identified two Google email addresses as being used by **ROSE**, as well as identifying additional phone numbers used by **ROSE**. Victim 1 also stated that communication with the clients took place via the Facebook account belonging to **ROSE**.

8. PPD investigators interviewed Victim 2 on September 13, 2016; September 14, 2016; and October 6, 2016. Victim 2 also provided PPD with a written statement. Victim 2 stated that **ROSE** made her have sex with men for money.

9. PPD investigators interviewed Victim 3, who was seventeen years old at the time, on June 13, 2016; July 22, 2016; July 28, 2016; and April 7, 2017. Victim 3 stated that **ROSE** made her have sex in exchange for money at the Stay Lodge Motel in Montgomery, Alabama, in May 2016. Victim 3 stated that **ROSE** posted an advertisement for her on online. When shown advertisements found online by PPD, Victim 3 identified herself as the subject in the images of the advertisement. Victim 3 stated that **ROSE** would become violent and that she was scared of him. Victim 3 stated that during an approximately three-day stay at the Stay Lodge, **ROSE** made her have sex with five men. Victim 3 stated that an individual named **Michael LOWE** (hereinafter "**LOWE**")was also involved in her sex trafficking. According to Victim 3, **LOWE**

3

and **ROSE** would wait together outside of her motel room while she met with clients, and **LOWE** transported her and **ROSE** to a meeting with a client at a second hotel.

10.     Information obtained from the Stay Lodge Motel indicate that **ROSE** rented a room at the motel from May 12, 2016, through May 27, 2016.

11.     On August 19, 2016, PPD obtained a search warrant for Facebook account "joshua.rose.7773," belonging to **ROSE**. Results from that search warrant include, among other communications, communications via Facebook Messenger between **ROSE** and Victim 3. These communications include messages between **ROSE** and Victim 3 directly related to **ROSE's** trafficking of Victim 3, including **ROSE** telling Victim 3 where to meet a client, how much time to spend with the client, and how much money the client paid.

12.     On September 2, 2016, PPD obtained a search warrant for Facebook account "loweman1992," belonging to **LOWE**. Results from that search warrant include, among other communications, communications via Facebook Messenger between **LOWE** and Victim 3. These communications include **LOWE** and Victim 3 discussing how much money **ROSE** received for the sex trafficking of Victim 3. These communications also included many messages between **LOWE** and Victim 3 that occurred between May 20, 2016, and May 28, 2016, which includes the time period during which **ROSE** and **LOWE** are believed to have trafficked Victim 3, that appear to have been deleted by **LOWE**.

13.     Law enforcement determined that Victim 1 had four Facebook accounts. Those accounts are:



█████████████

A preservation request was sent regarding these accounts on April 18, 2017.

14.     Law enforcement determined that Victim 3 had three Facebook accounts. Those accounts are:



A preservation request was sent regarding these accounts on March 28, 2017.

15.     On April 17, 2017, Victim 3 signed a consent form, consenting to a law enforcement search of her Facebook accounts.[1]  Victim 3 could not recall the password required to log in to any of her Facebook accounts.

16.     On April 19, 2017, Victim 1 signed a consent form, consenting to a law enforcement search of her Facebook accounts.  Victim 1 could recall her password only for her most recent Facebook account, ████████████████

17.     On April 26, 2017, **ROSE** and co-defendant **LOWE** were indicted for one count each of the sex trafficking of children and conspiracy to commit sex trafficking of children.

18.     Based on the above, there is probable cause to believe that the contents of the Facebook accounts █████████████████████████████████████████ ████████████████████████████████ contain evidence, fruits, and

---

[1] Facebook will not provide information to law enforcement pursuant to an account holder's consent.  Facebook requires either a subpoena, court order, or search warrant to disclose account records. *See* www.facebook.com/safety/groups/law/guidelines.

[2] After consenting to a law enforcement search of her Facebook accounts, Victim 1 logged into Facebook account ████████████ and downloaded a copy of her Facebook data for that account and provided it to law enforcement. The government still seeks to obtain a search warrant for this account, as the information provided by Facebook pursuant to a search warrant will be more comprehensive than a user download.

instrumentalities related to the sex trafficking of children or by force, fraud, or coercion in violation of 18 U.S.C. § 1591.

## BACKGROUND CONCERNING FACEBOOK

19.     Facebook owns and operates a free-access social networking website of the same name that can be accessed at http://www.facebook.com. Facebook allows its users to establish accounts with Facebook, and users can then use their accounts to share written news, photographs, videos, and other information with other Facebook users, and sometimes with the general public.

20.     Facebook asks users to provide basic contact and personal identifying information to Facebook, either during the registration process or thereafter. This information may include the user's full name, birth date, gender, contact e-mail addresses, Facebook passwords, Facebook security questions and answers (for password retrieval), physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers. Facebook also assigns a user identification number to each account.

21.     Facebook users may join one or more groups or networks to connect and interact with other users who are members of the same group or network. Facebook assigns a group identification number to each group. A Facebook user can also connect directly with individual Facebook users by sending each user a "Friend Request." If the recipient of a "Friend Request" accepts the request, then the two users will become "Friends" for purposes of Facebook and can exchange communications or view information about each other. Each Facebook user's account includes a list of that user's "Friends" and a "News Feed," which highlights information about the user's "Friends," such as profile changes, upcoming events, and birthdays.

22.     Facebook users can select different levels of privacy for the communications and information associated with their Facebook accounts. By adjusting these privacy settings, a Facebook user can make information available only to himself or herself, to particular Facebook users, or to anyone with access to the Internet, including people who are not Facebook users. A Facebook user can also create "lists" of Facebook friends to facilitate the application of these privacy settings. Facebook accounts also include other account settings that users can adjust to control, for example, the types of notifications they receive from Facebook.

23.     Facebook users can create profiles that include photographs, lists of personal interests, and other information. Facebook users can also post "status" updates about their whereabouts and actions, as well as links to videos, photographs, articles, and other items available elsewhere on the Internet. Facebook users can also post information about upcoming "events," such as social occasions, by listing the event's time, location, host, and guest list. In addition, Facebook users can "check in" to particular locations or add their geographic locations to their Facebook posts, thereby revealing their geographic locations at particular dates and times. A particular user's profile page also includes a "Wall," which is a space where the user and his or her "Friends" can post messages, attachments, and links that will typically be visible to anyone who can view the user's profile.

24.     Facebook allows users to upload photos and videos, which may include any metadata such as location that the user transmitted when s/he uploaded the photo or video. It also provides users the ability to "tag" (i.e., label) other Facebook users in a photo or video. When a user is tagged in a photo or video, he or she receives a notification of the tag and a link to see the photo or video. For Facebook's purposes, the photos and videos associated with a

user's account will include all photos and videos uploaded by that user that have not been deleted, as well as all photos and videos uploaded by any user that have that user tagged in them.

25.     Facebook users can exchange private messages on Facebook with other users. These messages, which are similar to e-mail messages, are sent to the recipient's "Inbox" on Facebook, which also stores copies of messages sent by the recipient, as well as other information. Facebook users can also post comments on the Facebook profiles of other users or on their own profiles; such comments are typically associated with a specific posting or item on the profile. In addition, Facebook has a Chat feature that allows users to send and receive instant messages through Facebook. These chat communications are stored in the chat history for the account. Facebook also has a Video Calling feature, and although Facebook does not record the calls themselves, it does keep records of the date of each call.

26.     If a Facebook user does not want to interact with another user on Facebook, the first user can "block" the second user from seeing his or her account.

27.     Facebook has a "like" feature that allows users to give positive feedback or connect to particular pages. Facebook users can "like" Facebook posts or updates, as well as webpages or content on third-party (*i.e.*, non-Facebook) websites. Facebook users can also become "fans" of particular Facebook pages.

28.     Facebook has a search function that enables its users to search Facebook for keywords, usernames, or pages, among other things.

29.     Each Facebook account has an activity log, which is a list of the user's posts and other Facebook activities from the inception of the account to the present. The activity log includes stories and photos that the user has been tagged in, as well as connections made through

8

the account, such as "liking" a Facebook page or adding someone as a friend. The activity log is visible to the user but cannot be viewed by people who visit the user's Facebook page.

30. Facebook Notes is a blogging feature available to Facebook users, and it enables users to write and post notes or personal web logs ("blogs"), or to import their blogs from other services, such as Xanga, LiveJournal, and Blogger.

31. The Facebook Gifts feature allows users to send virtual "gifts" to their friends that appear as icons on the recipient's profile page. Gifts cost money to purchase, and a personalized message can be attached to each gift. Facebook users can also send each other "pokes," which are free and simply result in a notification to the recipient that he or she has been "poked" by the sender.

32. Facebook also has a Marketplace feature, which allows users to post free classified ads. Users can post items for sale, housing, jobs, and other items on the Marketplace.

33. In addition to the applications described above, Facebook also provides its users with access to thousands of other applications ("apps") on the Facebook platform. When a Facebook user accesses or uses one of these applications, an update about that the user's access or use of that application may appear on the user's profile page.

34. Some Facebook pages are affiliated with groups of users, rather than one individual user. Membership in the group is monitored and regulated by the administrator or head of the group, who can invite new members and reject or accept requests by users to enter. Facebook can identify all users who are currently registered to a particular group and can identify the administrator and/or creator of the group. Facebook uses the term "Group Contact Info" to describe the contact information for the group's creator and/or administrator, as well as a PDF of the current status of the group profile page.

9

35.     Facebook uses the term "Neoprint" to describe an expanded view of a given user profile. The "Neoprint" for a given user can include the following information from the user's profile: profile contact information; News Feed information; status updates; links to videos, photographs, articles, and other items; Notes; Wall postings; friend lists, including the friends' Facebook user identification numbers; groups and networks of which the user is a member, including the groups' Facebook group identification numbers; future and past event postings; rejected "Friend" requests; comments; gifts; pokes; tags; and information about the user's access and use of Facebook applications.

36.     Facebook also retains Internet Protocol ("IP") logs for a given user ID or IP address. These logs may contain information about the actions taken by the user ID or IP address on Facebook, including information about the type of action, the date and time of the action, and the user ID and IP address associated with the action. For example, if a user views a Facebook profile, that user's IP log would reflect the fact that the user viewed the profile, and would show when and from what IP address the user did so.

37.     Social networking providers like Facebook typically retain additional information about their users' accounts, such as information about the length of service (including start date), the types of service utilized, and the means and source of any payments associated with the service (including any credit card or bank account number). In some cases, Facebook users may communicate directly with Facebook about issues relating to their accounts, such as technical problems, billing inquiries, or complaints from other users. Social networking providers like Facebook typically retain records about such communications, including records of contacts between the user and the provider's support services, as well as records of any actions taken by the provider or user as a result of the communications.

38.     As explained herein, information stored in connection with a Facebook account may provide crucial evidence of the "who, what, why, when, where, and how" of the criminal conduct under investigation, thus enabling the United States to establish and prove each element or alternatively, to exclude the innocent from further suspicion. In my training and experience, a Facebook user's "Neoprint," IP log, stored electronic communications, and other data retained by Facebook, can indicate who has used or controlled the Facebook account. This "user attribution" evidence is analogous to the search for "indicia of occupancy" while executing a search warrant at a residence. For example, profile contact information, private messaging logs, status updates, and tagged photos (and the data associated with the foregoing, such as date and time) may be evidence of who used or controlled the Facebook account at a relevant time. Further, Facebook account activity can show how and when the account was accessed or used. For example, as described herein, Facebook logs the Internet Protocol (IP) addresses from which users access their accounts along with the time and date. By determining the physical location associated with the logged IP addresses, investigators can understand the chronological and geographic context of the account access and use relating to the crime under investigation. Such information allows investigators to understand the geographic and chronological context of Facebook access, use, and events relating to the crime under investigation. Additionally, Facebook builds geo-location into some of its services. Geo-location allows, for example, users to "tag" their location in posts and Facebook "friends" to locate each other. This geographic and timeline information may tend to either inculpate or exculpate the Facebook account owner. Last, Facebook account activity may provide relevant insight into the Facebook account owner's state of mind as it relates to the offense under investigation. For example, information on the Facebook account may indicate the owner's motive and intent to commit a crime (e.g.,

11

information indicating a plan to commit a crime), or consciousness of guilt (e.g., deleting account information in an effort to conceal evidence from law enforcement).

39.     Therefore, the computers of Facebook are likely to contain all the material described above, including stored electronic communications and information concerning subscribers and their use of Facebook, such as account access information, transaction information, and other account information.

## INFORMATION TO BE SEARCHED AND THINGS TO BE SEIZED

40.     I anticipate executing this warrant under the Electronic Communications Privacy Act, in particular 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A), by using the warrant to require Facebook to disclose to the government copies of the records and other information (including the content of communications) particularly described in Section I of Attachment B. Upon receipt of the information described in Section I of Attachment B, government-authorized persons will review that information to locate the items described in Section II of Attachment B.

## CONCLUSION

41.     Based on the forgoing, I request that the Court issue the proposed search warrant.

42.     This Court has jurisdiction to issue the requested warrant because it is "a court of competent jurisdiction" as defined by 18 U.S.C. § 2711. 18 U.S.C. §§ 2703(a), (b)(1)(A) & (c)(1)(A). Specifically, the Court is "a district court of the United States . . . that – has jurisdiction over the offense being investigated." 18 U.S.C. § 2711(3)(A)(i).

43.     Pursuant to 18 U.S.C. § 2703(g), the presence of a law enforcement officer is not required for the service or execution of this warrant.

## REQUEST FOR SEALING

44. I further request that the Court order that all papers in support of this application, including the affidavit and search warrant, be sealed until further order of the Court. These documents discuss an ongoing criminal investigation that is neither public nor known to all of the targets of the investigation. Accordingly, there is good cause to seal these documents because their premature disclosure may seriously jeopardize that investigation.

Respectfully submitted,

David M. Chamberlin
Special Agent
Department of Homeland Security

Subscribed and sworn to before
me on the 5th of May, 2017.

SUSAN R. WALKER
UNITED STATES MAGISTRATE JUDGE

13

## ATTACHMENT A

### Property to Be Searched

This warrant applies to information associated with the Facebook user IDs:



that is stored at premises owned, maintained, controlled, or operated by Facebook Inc., a

company headquartered in Menlo Park, California.

## ATTACHMENT B

### Particular Things to be Seized

**I.    Information to be disclosed by Facebook**

To the extent that the information described in Attachment A is within the possession,

custody, or control of Facebook Inc. ("Facebook"), including any messages, records, files, logs,

or information that have been deleted but are still available to Facebook, or have been preserved

pursuant to a request made under 18 U.S.C. § 2703(f), Facebook is required to disclose the

following information to the government for each user ID listed in Attachment A:

> (a)    All contact and personal identifying information, including full name, user identification number, birth date, gender, contact e-mail addresses, Facebook passwords, Facebook security questions and answers, physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers.

> (b)    All activity logs for the account and all other documents showing the user's posts and other Facebook activities;

> (c)    All photos and videos uploaded by that user ID and all photos and videos uploaded by any user that have that user tagged in them;

> (d)    All profile information; News Feed information; status updates; links to videos, photographs, articles, and other items; Notes; Wall postings; friend lists, including the friends' Facebook user identification numbers; groups and networks of which the user is a member, including the groups' Facebook group identification numbers; future and past event postings; rejected "Friend" requests; comments; gifts; pokes; tags; and information about the user's access and use of Facebook applications;

> (e)    All other records of communications and messages made or received by the user, including all private messages, chat history, video calling history, and pending "Friend" requests;

> (f)    All "check ins" and other location information;

> (g)    All IP logs, including all records of the IP addresses that logged into the account;

> (h)    All records of the account's usage of the "Like" feature, including all Facebook posts and all non-Facebook webpages and content that the user has "liked";

(i)     All information about the Facebook pages that the account is or was a "fan" of;

(j)     All past and present lists of friends created by the account;

(k)     All records of Facebook searches performed by the account;

(l)     All information about the user's access and use of Facebook Marketplace;

(m)     The types of service utilized by the user;

(n)     The length of service (including start date) and the means and source of any payments associated with the service (including any credit card or bank account number);

(o)     All privacy settings and other account settings, including privacy settings for individual Facebook posts and activities, and all records showing which Facebook users have been blocked by the account; and

(p)     All records pertaining to communications between Facebook and any person regarding the user or the user's Facebook account, including contacts with support services and records of actions taken.

## II.     Information to be seized by the government

All information described above in Section I that constitutes fruits, evidence and instrumentalities of violations of 18 U.S.C. § 1591 involving **Joshua ROSE** and **Michael LOWE** since November 1, 2015, including, for each user ID identified on Attachment A, information pertaining to the following matters:

(a)     Evidence of the sex trafficking of children or by force, fraud, or coercion, including, but not limited to, communications between Victim 1 and **Josh ROSE**, communications between Victim 1 and **Michael LOWE**, communications between Victim 1 and Victim 2, communications between Victim 1 and Victim 3, communications between Victim 3 and Victim 2, communications between Victim 3 and **Josh ROSE**, communications between Victim 3 and **Michael LOWE**, and preparatory steps taken in furtherance of the scheme;

(b)     Evidence indicating how and when the Facebook account was accessed or used, to determine the chronological and geographic context of account access, use, and events relating to the crime under investigation and to the Facebook account owner;

2

(c)      Evidence indicating the Facebook account owner's state of mind as it relates to the crime under investigation;

(d)      The identity of the person(s) who created or used the user ID, including records that help reveal the whereabouts of such person(s); and

(e)      The identity of the person(s) who communicated with the user ID about matters relating to the sex trafficking of children or by force, fraud, or coercion, including records that help reveal their whereabouts.

## CERTIFICATE OF AUTHENTICITY OF DOMESTIC BUSINESS RECORDS PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)

I, _____, attest, under penalties of perjury under the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this declaration is true and correct. I am employed by Facebook, and my official title is _____ . I am a custodian of records for Facebook. I state that each of the records attached hereto is the original record or a true duplicate of the original record in the custody of Facebook, and that I am the custodian of the attached records consisting of _____ (pages/CDs/kilobytes). I further state that:

a.    all records attached to this certificate were made at or near the time of the occurrence of the matter set forth, by, or from information transmitted by, a person with knowledge of those matters;

b.    such records were kept in the ordinary course of a regularly conducted business activity of Facebook; and

c.    such records were made by Facebook as a regular practice.

I further state that this certification is intended to satisfy Rule 902(11) of the Federal Rules of Evidence.

_____          _____
Date                                               Signature

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

IN THE MATTER OF THE SEARCH OF
INFORMATION ASSOCIATED WITH
FACEBOOK USER IDs ███████████,

████████████████████ THAT
IS STORED AT PREMISES CONTROLLED
BY FACEBOOK INC.

Case No. 2:17mj 1095RW

**Filed Under Seal**

## MOTION TO SEAL

The United States of America, by and through Acting United States Attorney A. Clark

Morris, herein applies for an Order sealing the above-captioned case, and all filings in this matter,

except that the Government requests that working copies of any pleadings may be made available,

as necessary, to the United States Attorney's Office, the Homeland Security Investigations and

any other law enforcement agency designated by the United States Attorney's Office. As grounds

for this Motion, the Government states that there is an ongoing investigation in this case, and

allowing these documents to be accessible to the public would compromise the investigation and

risk the safety of the law enforcement officers involved.

Respectfully submitted this 5th day of May, 2017.

FOR THE ACTING UNITED STATES ATTORNEY
CLARK MORRIS

Hollie W. Reed
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

IN THE MATTER OF THE SEARCH OF
INFORMATION ASSOCIATED WITH
FACEBOOK USER IDs ███████████,

███████████████████████ THAT
IS STORED AT PREMISES CONTROLLED
BY FACEBOOK INC.

Case No. 2:17mj169SRW

**Filed Under Seal**

## ORDER TO SEAL

The Court, having considered the Government's Motion to Seal in the above-captioned case, and for good cause shown, hereby **ORDERS** that the above-captioned case, and all filings in this matter, are hereby sealed until further Order of the Court, except that working copies of any pleadings may be made available to the United States Attorney's Office, Homeland Security Investigations and any other law enforcement agency designated by the United States Attorney's Office.

**DONE** and **ORDERED** this 5th day of May, 2017.

SUSAN R. WALKER
UNITED STATES MAGISTRATE JUDGE